# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Shannon D. Hollie,                      Civil No. 10-4236 (RHK/AJB)

             Plaintiff,                    **ORDER**

vs.

Cal Ludeman, Commissioner of Department
of Human Services, et al.,

             Defendants.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 19, 2010

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge